PROB 34
1/92

Report and Order Terminating
Supervised Release

## United States District Court

For The

Western District of Michigan

UNITED STATES OF AMERICA

v.

Crim. No. 1:99:CR:44-01

ANDREA TAYLOR

The above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and the period of supervised release expired on November 15, 2004. I therefore recommend that the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully submitted,

*Stuart N. Chavis*

Stuart N. Chavis
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and the proceedings in the case be terminated.

Dated this _18th_ day of _November_, 2004.

_David W. McKeague_
The Honorable David W. McKeague
United States District Judge