UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:99–cr–00044–JTN

v.                              Judge Janet T. Neff

ANDREA TAYLOR,

       Defendant.
_____/

## NOTICE REGARDING REASSIGNMENT OF CASE

      NOTICE is hereby given that this case has been reassigned to Judge Janet T. Neff for all further proceedings pursuant to Administrative Order number 07–091. Judge David W. McKeague is no longer assigned to the case.

                                      TRACEY CORDES
                                      CLERK OF COURT

Dated:  July 24, 2012        By:  /s/ P. Woods_____
                                          Deputy Clerk