UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 1:99CR44-01

     Plaintiff,                                   Hon. David W. Mc Keague
                                             United States District Judge

v.

ANDREA  TAYLOR,

     Defendant,

and

STATE OF MICHIGAN
Department of Treasury
     Income Tax Refund,

     Garnishee.
_____/

## WRIT OF CONTINUING GARNISHMENT

NOTICE TO: STATE OF MICHIGAN

     An Application For Writ of Continuing Garnishment against the property of Andrea

Taylor defendant, has been filed with this Court.  A judgment has been entered against the above-

named defendant in the amount of $4,221.00 and interest computed through July 23, 2012.

     You are required by law to answer in writing, under oath, upon determination of your

indebtedness to the debtor/defendant, if any.  Please state whether or not you anticipate future

indebtedness to the debtor/defendant.

     You must file the original written answer to this writ, with the United States District

Court Clerk at: United States District Court, 110 Michigan St., Room 399, Grand Rapids, MI

49503. Additionally, you are required by law to serve a copy of the answer to this writ upon the

debtor at his last known address; and upon the United States Attorney: P. O. Box 208, Grand

Rapids, MI 49501-0208.

Under the law, there is property which is exempt from this Writ of Garnishment.

Property which is exempt and which is not subject to this order is listed on the CLAIM FOR

EXEMPTION FORM, attached to the ADDENDUM - NOTICE following herein.

If you fail to answer this writ or withhold property in accordance with this writ, the

United States of America may petition the Court for an order requiring you to appear before the

Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply

with this writ, the Court may enter a judgment against you for the value of the debtor's non-

exempt property.  It is unlawful to pay or deliver to the Defendant any item attached by this writ.

TRACEY CORDES, Clerk
U. S. District Court
Western District of Michigan

Date:  July 24, 2012

/s/ Paula J. Woods

Deputy Clerk

2