UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:99CR44-01 |
| Plaintiff, | Hon. David W. Mc Keague<br>United States District Judge |
| v. | |
| ANDREA TAYLOR, | |
| Defendant. | |
| _____/ | |

### CERTIFICATE OF SERVICE

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Garnishment, along with Instructions To Debtor Clerk's Notice Of Post-Judgment Garnishment were sent to the Defendant by first-class mail, on the date listed below, at the last known address of the Defendant-Debtor.

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Date: July 30, 2012

/s/W. Francesca Ferguson
W. FRANCESCA FERGUSON
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
616/456-2404
Francesca.Ferguson@usdoj.gov